**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
MARGARET C. MCHUGH-SIVORE (SBN 298613)
mmchugh@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
erroneously named as "Capital One Bank Usa NA"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEGHAM MARKOSYAN, <br><br> Plaintiff, <br><br> v. <br><br> Capital One Bank Usa NA, <br><br> Defendant. | Case No. <br><br> **NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. §1331 (FEDERAL QUESTION)** <br><br> [Los Angeles County Superior Court Case No. 16M03161] <br><br> Complaint Filed: April 8, 2016 <br> Trial Date: September 12, 2016 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Capital One Bank (USA), N.A., erroneously named as "Capital One Bank Usa NA" ("Capital One"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.   JURISDICTION**

1. Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because Plaintiff Gegham Markosyan ("Plaintiff") alleges cause of action arising under the federal Fair Credit Reporting Act ("FCRA"), codified at 15 U.S.C. §§ 1681 *et seq*.

**B.   STATEMENT OF THE CASE**

2. On April 8, 2016, Plaintiff filed a Small Claims Complaint ("Complaint") in the Superior Court of the State of California for the County of Los Angeles, designated as Case Number 16M03161 (the "Action"). Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon Capital One in this case is attached hereto as *Exhibit A*.

3. Plaintiff asserts one cause of action in his Complaint against Capital One. The single cause of action includes a violation of the FCRA.

**C.   BASIS FOR REMOVAL**

4. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges causes of action under the FCRA, which are laws of the United States.

5. Specifically, Plaintiff's Complaint alleges that Capital One violated the FCRA. Adjudication of Plaintiff's Complaint thus requires an analysis and construction of federal law. Accordingly, this Action may be removed to this Court

1
NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. §1331 (FEDERAL QUESTION)

by Capital One pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claims arising under the FCRA.

### D. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.

6. Removal of this action is timely.  Despite Plaintiff filing a proof of service indicating that service had been effectuated on Capital One on April 6, 2016 via "CSC Lawyers Incorporating Service—Agent Capital One ("CSC") (see *Exhibit B*, Proof of Service filed by Plaintiff with Los Angeles Superior Court in underlying small claims action, case number 16M03161), service of process was never received by CSC as indicated in Plaintiff's proof of service.  *See Exhibit C* (Declaration of Steve Kirvan for CSC).  Indeed, Capital One only learned of this action after the Court served Capital One with a Minute Order, dated June 2, 2016, (attached hereto as *Exhibit D* is a true and correct copy of the June 2, 2016 Minute Order) which set a new trial date for July 27, 2016.  Without knowledge of Plaintiff's claim, Capital One requested a trial postponement, and the Court set a new trial date of September 12, 2016.  Thereafter, Capital One requested and obtained a copy of Plaintiff's claim from the Court.  *See Exhibit E* (true and correct copy of Plaintiff's Claim).  Therefore, this Notice of Removal is filed in accordance with the time period mandated by 28 U.S.C. §1446(b) and Rule 6(a)(1)(C) of the Federal Rules of Civil Procedure.

7. Capital One is the only named Defendant in the action and therefore no consent of additional parties is required.

8. Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

9. As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders received by Capital One from Plaintiff in the Action are attached hereto as *Exhibit A.*

10. Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff. Capital One will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of Los Angeles.

**WHEREFORE** Capital One prays that the above Action now pending against it in the Superior Court of the State of California, County of Los Angeles, be removed therefrom to this Court.

DATED: September 7, 2016        DOLL AMIR & ELEY LLP


By: */s/ Margaret C. McHugh-Sivore*
    HUNTER R. ELEY
    MARGARET C. MCHUGH-SIVORE
Attorneys for Defendant,
CAPITAL ONE BANK (USA),
N.A., erroneously named as "Capital One Bank Usa NA"