# **EXHIBIT B**

| SC-104 | **Proof of Service** |
|---|---|

Use this form to serve a **person**, a **business**, or a **public entity**. To learn more about proof of service, read *What Is "Proof of Service"?*, Form SC-104B. To learn more about how to serve a business or entity, read *How to Serve a Business or Public Entity*, Form SC-104C.

To serve a **business**, you must serve **one** of the following people:
- Owner (for a sole proprietorship)
- Partner (for a partnership) or general partner (for a limited partnership)
- Any officer or general manager (corporation or association)
- Any person authorized for service by the business (corporation, association, general partnership, limited partnership)
- Any person authorized for service with the Secretary of State (corporation, association, limited liability company [LLC], limited liability partnership [LLP], limited partnership)

To serve a **public entity,** you must first file a claim with that entity, then serve **one** of the following people:
- Clerk (of a city or county)
- Chief officer or director (of a public agency)
- Any person authorized for service by the entity

**Clerk stamps date here when form is filed.**

FILED
Superior Court of California
County of Los Angeles
APR 18 2016
Sherri R. Carter, Executive Officer/Clerk
By _Cynthia M. Chavez_, Deputy

*Fill in court name and street address:*

**Superior Court of California, County of**
Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

*Fill in case number, case name, hearing date, day, time, and department below:*

**Case Number:** 16M03161

**Case Name:**
Gegham Markosyan vs Capital One National Association

**Hearing Date:** 06/02/16

**Time:** 8:30   **Dept.:** 90

① a. If you are serving a **person**, write the person's name below:

_____

b. If you are serving a **business** or **entity**, write the name of the business or entity, the person authorized for service, and that person's job title:
Capital One National Association
*Business or Agency Name*
AS CSC Lawyers Incorporating Service - Agent Capital One
*Person Authorized for Service    Job Title*

② **Instructions to Server:**
You must be at least 18 years old and **not be named in this case.** Follow these steps:
- Give a copy of all the documents checked in ③ to the person in ①, *or*
- Give a copy of all the documents checked in ③ to one of the following people:
  a. A competent adult (at least 18) living with, and at the home of the person in ①, *or*
  b. An adult (at least 18) who seems to be in charge at the usual workplace of the person in ①, *or*
  c. An adult (at least 18) who seems to be in charge where the person in ① usually receives mail (but not a U.S. Post Office box), if there is no known physical address for the person in ①.
*and* mail a copy of the documents left with one of the adults in a, b, or c above to the person in ①.

THEN
- Complete and sign this form, and
- Give or mail your completed form to the person who asked you to serve these court papers, *in time for the form to be filed with the court at least 5 days before the hearing.*

RECEIVED
APR 18 2016
CIVIL OPERATIONS
SMALL CLAIMS OFFICE

③ **I served the person in ① a copy of the documents checked below:**

a. ☑ SC-100, *Plaintiff's Claim and ORDER to Go to Small Claims Court*
b. ☐ SC-120, *Defendant's Claim and ORDER to Go to Small Claims Court*
c. ☐ Order for examination *(This form must be personally served. Check the form that was served):*
   **Note:** *The court can issue a civil arrest warrant if the served party does not come to court only if the order for examination was personally served by a registered process server, sheriff, marshal, or someone appointed by the court.*
   (1) ☐ SC-134, *Application and Order to Produce Statement of Assets and to Appear for Examination*
   (2) ☐ AT-138/EJ-125, *Application and Order for Appearance and Examination*
d. ☐ Other *(specify):* _____

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2009, Optional Form
Code of Civil Procedure, §§ 116.340, 415.10, 415.20

**Proof of Service**
**(Small Claims)**

**SC-104, Page 1 of 2**
→
American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| Case name: Gegham Markosyan vs Capital One National Association | Case Number: |

**④ Fill out "a" or "b" below:**

a. ☑ **Personal Service:** I personally gave copies of the documents checked in ③ to the person in ①:

On *(date):* 4/6/16    At *(time):* 12:00    ☐ a.m. ☑ p.m.

At this address: 2710 GATEWAY OAKS DR STE 150N

City: SACRAMENTO    State: Ca    Zip: 95833

b. ☐ **Substituted Service:** I personally gave copies of the documents checked in ③ *(a, b, or d)* to *(check one):*
  ☐ A competent adult (at least 18) at the **home** of, and living with the person in ①, or
  ☐ An adult who seems to be in charge where the person in ① usually **works**, or
  ☐ An adult who seems to be in charge where the person in ① usually **receives mail**, or has a private post office box (not a U.S. Post Office box), if there is no known physical address for the person in ①.

  I told that adult, "Please give these court papers to (name of person in ①)."
  I did this on *(date):* _____ At *(time):* _____ ☐ a.m. ☐ p.m.
  At this address: _____
  City: _____ State: _____ Zip: _____
  Name or description of the person I gave the papers to: _____

After serving the court papers, I put copies of the documents listed in ③ in an envelope, sealed the envelope, and put first-class prepaid postage on it. I addressed the envelope to the person in ① at the address where I left the copies.
I mailed the envelope on *(date):* _____ from *(city, state):* _____
by leaving it *(check one):*
  a. ☐ At a U.S. Postal Service mail drop, or
  b. ☐ At an office or business mail drop where I know the mail is picked up every day and deposited with the U.S. Postal Service, or
  c. ☐ With someone else I asked to mail the documents to the person in ①, and I have attached that person's completed Form SC-104A.

**⑤ Server's Information**

Name: Maria Khatchatryan    Phone: _____
Address: 1635 N HARVARD BLVD APT 1
City: Los Angeles    State: Ca    Zip: 90027

Fee for service: $ _____

*If you are a registered process server:*
County of registration: _____ Registration number: _____

**⑥** I declare under penalty of perjury under California state law that I am at least 18 years old and not named in this case and that the information above is true and correct.

Date: 4/6/16

Maria Khatchatryan      ▶ *[signature]*
*Type or print server's name*      *Server signs here after serving*