# **EXHIBIT C**

## DECLARATION OF STEVE KIRVAN

I, Steve Kirvan, hereby declare:

1. I am over the age of eighteen years, am suffering from no mental disability, and am legally competent to make this Declaration. Said Declaration is based on my personal knowledge and based upon a review of business records of Corporation Service Company which will do business in California as CSC-Lawyers Incorporating Service (hereafter referred to as "CSC").

2. I am the Service of Process Research Coordinator in the Litigation Management Department of CSC. It is my job to access and review business records of CSC relating to receipt of service of process and to communicate with customers and agents of CSC in order to determine when and whether legal process has been served on a customer of CSC.

3. CSC is a Delaware corporation which has been providing services to the legal community for more than 100 years. CSC is a national provider of registered agent services. As such, CSC provides business entities with a registered agent and/or registered office in the state where the entity is domiciled, and/or the states where it is qualified or registered to conduct business as a foreign entity. CSC receives service of process on behalf of companies that appoint it as their registered agent. Upon receipt of service, CSC then forwards the served legal documents to the identified recipient company at its physical and/or electronic address as listed in CSC's record database.

4. CSC documents and maintains records of all documents served upon it on behalf of the companies for which it is registered agent. CSC's customary business practice relating to the receipt of service of process is as follows: On the same day the service of process is received by CSC, the service is logged and the documents are scanned into CSC's Litigation Management System (hereafter referred to as "LMS"), which is a centralized database developed and used by CSC to capture essential information about each service of process it receives. Specifically, CSC uses LMS to ensure that: (i) the service of all legal documents is properly recorded and preserved in CSC's database system, and (ii) the customer is timely advised of such service. The scanned documents are then stored electronically. These records are prepared and kept by CSC in the regular and ordinary course of its business.

5.    CSC is a registered agent service provider in the State of California. CSC maintains an office location at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833-3505 for the receipt and intake of service of process on behalf of entities that have named it as their registered agent.

6.    CSC is the registered agent for Capital One National Association in the State of California.

7.    Upon information and belief CSC has been informed of a Plaintiff's Claim and Order to Go to Small Claims Court in the matter of *Gegham Markosyan v. Capital One National Association* Case No.16M03161 in the Los Angeles County Superior Court, CA directed to Capital One National Association that was allegedly served to CSC's California office on April 6, 2016.

8.    CSC has no record of receiving the aforementioned Plaintiff's Claim and Order to Go to Small Claims Court according to a review of CSC's records kept in the regular and ordinary course of business.

I declare under penalty of perjury under the laws of the States of California and Delaware, and under the laws of the United States of America, that the foregoing is true and correct. Executed on August _30_, 2016, at Wilmington, Delaware.

_[signature]_
STEVE KIRVAN, Declarant

2
DECLARATION OF STEVE KIRVAN