# **EXHIBIT D**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>06/02/2016<br>Sherri R. Carter, Executive Officer / Clerk<br>By: _____ Deputy<br>Claudia Esquivel |
| PLAINTIFF/PETITIONER:<br>GEGHAM MARKOSYAN | |
| DEFENDANT/RESPONDENT:<br>(CAPITAL ONE BANK USA) NA | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>16M03161 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order of 06/02/2016 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

(CAPITAL ONE BANK USA) NA  
2710 GATEWAY OAKS DR STE 150N  
SACRAMENTO, CA 95833

MARKOSYAN, GEGHAM  
1635 N HARVARD BLVD APT 1  
LOS ANGELES, CA 90027

Sherri R. Carter Executive Officer / Clerk

Dated: 06/2/2016        By: _____ Claudia Esquivel
                                    Deputy Clerk

CERTIFICATE OF MAILING

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 90

**16M03161**                                                                    June 2, 2016
**MARKOSYAN, GEGHAM vs CAPITAL ONE BANK USA**                                    8:30 AM

Judge Pro Tem: Rebecca Mocciaro            CSR: None
Judicial Assistant: Claudia Esquivel        ERM: None
Courtroom Assistant: None                   Deputy Sheriff: Robert Watts

---

APPEARANCES:

For Plaintiff(s): MARKOSYAN, GEGHAM

For Defendant(s): No Appearances

---

**NATURE OF PROCEEDINGS:** Non-Jury Trial

On the Court's own motion, the 06/02/2016 8:30 AM Non-Jury Trial in Department 90 is advanced to this date and continued to 07/27/2016 at 08:30 AM in Department 90 at Stanley Mosk Courthouse.

Due to the Interpreters Office Unavailability to provide an Armenian Interpreter, the Court continues the matter.

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

CENTRAL DISTRICT-STANLEY MOSK COURTHOUSE
SMALL CLAIMS OFFICE
111 NORTH HILL STREET, ROOM 113
LOS ANGELES, CALIFORNIA 90012



U.S. POSTAGE >> PITNEY BOWES

ZIP 90012 $ 000.46⁵
02 1W
0001403157 JUN. 02. 2016



9563333502 R034